1922-CC00447

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| MIDWEST NEUROSURGEONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| DAVID OVERTURF, | ) | Division |
| Serve: David Overturf 635 Anderson St. Carterville, Illinois 62918 | ) | |
| Defendant. | ) | |

PETITION

Plaintiff Midwest Neurosurgeons, LLC ("Plaintiff"), for its Petition against Defendant David Overturf ("Overturf"), states as follows:

I. THE PARTIES

1. Plaintiff is a limited liability company organized under the laws of Missouri, in good standing in Missouri, and doing business in Cape Girardeau County, Missouri.

2. Plaintiff is in the business of providing various elements of medical care and treatment, including treatment of back and spinal injuries.

3. Upon information and belief, Overturf is a resident of Illinois.

II. JURISDICTION AND VENUE

4. This Court has jurisdiction because Overturf entered into a contractual relationship with Plaintiff in Missouri and/or received medical care and treatment from Plaintiff within the State of Missouri, and this action arises out of those matters.

5. Venue is proper under MO. REV. STAT. § 508.010.

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

## III. Factual Background

6. On or about December 16, 2015, Overturf signed and delivered to Plaintiff a contract, the relevant portion of which is reproduced below:[1]

**Authorization and Release:**
I certify that I have read and understand the above information to the best of my knowledge. The above questions have been accurately answered. I understand that providing incorrect information can be dangerous to my health. I authorize the doctor to release any information including the diagnosis and the records of any treatment or examination rendered to me or my child during the period of such healthcare to third party payers and/or health practitioners. I authorize and request my insurance company to pay directly to the doctor or medical group insurance benefits otherwise payable to me. I understand that my health insurance carrier may pay less than the actual bill for services. I agree to be responsible for payment of all services rendered on my behalf or my dependents.

**SIGNATURE:** David Overturf **DATE:** 12-16-2015

**LATE CHARGES.** *If I do not pay the entire new balance within 25 days of the monthly billing date, a late charge of 1.5 % on the balance then unpaid an owed will be assessed each month (if allowed by law). In the case of default an payment of this account, I agree to pay collection costs and reasonable attorney fees incurred in attempting to collect an this amount or any future outstanding account balances.*

(the "Contract").

7. On various dates between 2013 and 2016, Overturf appeared at Plaintiff's place of business in Cape Girardeau County, Missouri, and requested and received medical care and treatment for various injuries.

8. All medical care and treatment provided to Overturf by Plaintiff between 2013 and 2016 was provided in the State of Missouri.

9. At the time of contracting, Overturf informed Plaintiff that his injuries arose out of a work-related accident.

10. Upon information and belief, Overturf initiated a workers' compensation action against his employer in Illinois.

[1] A full copy of the Contract is not attached to this Petition because it contains confidential and personal information protected by the Health Insurance Portability and Accountability Act.

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

11. Plaintiff is informed and believes that Overturf had health insurance or was covered by a benefits plan provided to him by his employer which, had Overturf requested, would have paid, at least in part, the charges Overturf was incurring for the treatments he requested and received from Plaintiff. Plaintiff is without knowledge or information sufficient to form a belief whether Overturf submitted Plaintiff's bills for coverage pursuant to a health plan in which he participated through his employment, and, if so, whether Overturf received payments intended to reimburse Overturf for the costs of the treatments he requested and received from Plaintiff.

12. Upon information and belief, Overturf has entered into a settlement with his employer and/or the workers' compensation carrier, pursuant to which a payment of at least $150,000 was made to or for Overturf's benefit, in exchange for which Overturf agreed to assume and relieve his employer of all responsibility for his then unpaid medical expenses and any future medical expenses he might incur for treatment of his injuries.

13. While Overturf's workers' compensation claim was pending, Plaintiff received some partial payments towards some of its charges for treating Overturf. These payments were received from Overturf's employer or the workers' compensation insurance carrier for Overturf's employer.

14. Plaintiff also received some partial payments towards some of the charges for treating Overturf from Medicaid.

15. If a charge was not covered by his workers' compensation insurance carrier or Medicaid, Overturf agreed that he was ultimately responsible for payment in full of Plaintiff's charges for treatment.

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

16. Overturf also agreed that he would not be relieved of his obligation to pay Plaintiff should his insurance company, health plan, or other payer only make partial payment.

17. Overturf further agreed that he would be responsible for "all reasonable collection expenses, court expenses, court costs, interest, and a reasonable attorney fee."

18. Plaintiff's outstanding and unpaid charges arising from medical care and treatment provided to Overturf in Cape Girardeau County, Missouri is $65,080.70, and these unpaid charges are a fair and reasonable value of the services provided. A true and accurate summary of these unpaid charges is attached hereto as Exhibit A.

19. Overturf has been billed for each of the charges.

20. Overturf has not disputed any of these bills.

21. Neither Overturf nor any other person acting on his behalf has paid any portion of the charges described in Paragraph 18.

22. All of the unpaid charges described in Paragraph 18 are past due.

## IV. CLAIMS

### COUNT I: BREACH OF CONTRACT

23. Plaintiff re-alleges and incorporates Paragraphs 1 through 22, inclusive, as if set forth fully herein.

24. By entering into the Contract, Overturf agreed he was responsible for the payment of all services that Plaintiff rendered.

25. Between 2013 and 2016, Overturf received medical care and treatment from Plaintiff for which charges in the amount of $65,080.70 remain unpaid.

26. Plaintiff performed all its obligations under the Contract.

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

27. Overturf has breached the Contract by refusing to pay the amounts owed for the medical care and treatment provided by Plaintiff.

28. As a direct result of Overturf's breach of contract, Plaintiff has incurred damages of $65,080.70.

## COUNT II: SUIT ON ACCOUNT

29. Plaintiff re-alleges and incorporates Paragraphs 1 through 28, inclusive, as if set forth fully herein.

30. Plaintiff, at Overturf's request, sold, furnished, and/or provided to Overturf the medical care and treatment described above for a reasonable value, and there remains due and owing on said medical care and treatment $65,080.70, pursuant to the Statement of Account attached hereto as Exhibit A.

31. Plaintiff further states that Overturf is indebted $65,080.70 for which demand has been made and payment refused.

WHEREFORE Plaintiff Midwest Neurosurgeons, LLC prays this Court enter the following against Defendant David Overturf:

a. Award of actual damages to Plaintiff for $65,080.70;

b. Award of attorneys' fees, interest, and costs incurred herein; and

c. Any such other additional relief this Court deems just and proper.

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

Respectfully Submitted,

**THOMPSON COBURN LLP**

By: /s/Nino Przulj
Kenton Knickmeyer, #29518
Shaun C. Broeker, #65804
Nino Przulj, #68334
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
kknickmeyer@thompsoncoburn.com
sbroeker@thompsoncoburn.com
nprzulj@thompsoncoburn.com

*Attorneys for Midwest Neurosurgeons, LLC*

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

1922-CC00447

# STATEMENT OF ACCOUNT - DAVID OVERTURF

| | Date of Service | CPT Code | Balance Owed |
|---|---|---|---|
| MWNS | | | |
| | 1/9/2013 | | $ 381.00 |
| | | | $ 51.00 |
| | | | $ 18.40 |
| | 1/16/2013 | | $ 381.00 |
| | | | $ 51.00 |
| | | | $ 18.40 |
| | 1/23/2013 | | $ 400.00 |
| | | | $ 53.00 |
| | | | $ 19.40 |
| | 5/2/2013 | | $ 3.65 |
| | | | $ 12.00 |
| | 6/13/2013 | | $ 400.00 |
| | | | $ 53.00 |
| | | | $ 19.40 |
| | 6/20/2013 | | $ 400.00 |
| | | | $ 53.00 |
| | | | $ 19.40 |
| | 6/26/2013 | | $ 400.00 |
| | | | $ 53.00 |
| | | | $ 19.40 |
| | 7/10/2013 | | $ 3.90 |
| | 7/31/2013 | | $ 0.25 |
| | | | $ 24.00 |
| | 8/21/2013 | | $ 681.22 |
| | | | $ 53.00 |
| | | | $ 45.00 |
| | 9/5/2013 | | $ 3.90 |
| | 9/12/2013 | | $ 3.90 |
| | 9/16/2013 | | $ 2,996.00 |
| | | | $ 2,443.00 |
| | | | $ 109.00 |
| | | | $ 109.00 |
| | | | $ 831.00 |
| | 9/16/2013 | | $ 8,903.00 |
| | | | $ 6,715.00 |
| | | | $ 2,996.00 |
| | | | $ 2,996.00 |
| | | | $ 2,443.00 |
| | | | $ 109.00 |
| | | | $ 109.00 |
| | 1/2/2014 | | $ 162.00 |
| | | | $ 398.00 |
| | | | $ 1,449.00 |

Exhibit A

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM

| | | | | |
|---|---|---|---|---|
| | | | $ | 455.00 |
| | 1/20/2014 | | $ | 558.00 |
| | | | $ | 56.00 |
| | | | $ | 27.00 |
| | | | $ | 29.00 |
| | 1/27/2014 | | $ | 558.00 |
| | | | $ | 56.00 |
| | | | $ | 27.00 |
| | | | $ | 29.00 |
| | 2/3/2014 | | $ | 56.00 |
| | | | $ | 21.40 |
| | | | $ | 29.00 |
| | 4/9/2014 | | $ | 3.90 |
| | 7/9/2014 | | $ | 185.00 |
| | | | $ | 12.00 |
| | 8/27/2014 | | $ | 2,130.00 |
| | | | $ | 1,213.00 |
| | | | $ | 1,213.00 |
| | | | $ | 56.00 |
| | | | $ | 27.00 |
| | | | $ | 29.00 |
| | | | $ | 12.00 |
| | | | $ | 245.00 |
| | 9/3/2014 | | $ | 2,130.00 |
| | | | $ | 1,213.00 |
| | | | $ | 1,213.00 |
| | | | $ | 56.00 |
| | | | $ | 27.00 |
| | | | $ | 29.00 |
| | | | $ | 12.00 |
| | | | $ | 245.00 |
| | 9/24/2014 | | $ | 2,130.00 |
| | | | $ | 1,213.00 |
| | | | $ | 1,213.00 |
| | | | $ | 56.00 |
| | | | $ | 27.00 |
| | | | $ | 29.00 |
| | | | $ | 12.00 |
| | | | $ | 245.00 |
| | 10/1/2014 | | $ | 2.80 |
| | | | $ | 50.00 |
| | | | $ | 12.00 |
| | 1/13/2015 | | $ | 1,274.00 |
| | | | $ | 1,274.00 |
| | | | $ | 59.00 |
| | | | $ | 21.76 |
| | | | $ | 30.00 |
| | | | $ | 12.00 |
| | 1/20/2015 | | $ | 1,274.00 |

Electronically Filed - City of St. Louis - February 28, 2019 - 01:03 PM



| | | | | |
|---|---|---|---|---|
| | | | $ | 1,274.00 |
| | | | $ | 59.00 |
| | | | $ | 21.76 |
| | | | $ | 30.00 |
| | 1/27/2015 | | $ | 12.00 |
| | | | $ | 1,274.00 |
| | | | $ | 1,274.00 |
| | | | $ | 59.00 |
| | | | $ | 21.76 |
| | | | $ | 30.00 |
| | 2/4/2015 | | $ | 12.00 |
| | 4/29/2015 | | $ | 26.00 |
| | | | $ | 107.10 |
| | 2/24/2016 | | $ | 13.00 |
| | | | $ | 501.00 |
| | | | $ | 3,090.00 |
| | | TOTAL | $ | 65,080.70 |